

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANQUON D. JOHNSON,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　 )
v.　　　　　　　　　　　　　　　 )　Civil Action No. 3:14CV542–HEH
　　　　　　　　　　　　　　　　)
PAUL WALLACE,　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　 )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on August 19, 2014 (ECF No. 3), the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. By Memorandum Order entered on March 25, 2015 (ECF No. 10), the Court filed the action and directed Plaintiff to provide a physical address for the Defendant to facilitate service of the Complaint. On April 6, 2015, the United States Postal Service returned the March 25, 2015 Memorandum Order to the Court marked, "NOT HERE RETURN TO SENDER" (ECF No. 11). Plaintiff has not contacted the Court to provide his current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Henry E. Hudson
Date: April 9, 2015　　　　　　　　　United States District Judge
Richmond, Virginia